McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA M. KNIGHT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　　Defendant. | CASE NO. 2:04-CV-01777-GEB-PAN<br><br>**STIPULATION AND [proposed] ORDER OF REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)** |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that this case shall be remanded for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g).  The Commissioner is unable to locate the the cassette tape from the oral hearing held on October 10, 2003.  If the tape cannot be located within a reasonable time from date of receipt of the Court Order of remand, the Appeals Council will remand the case to an Administrative Law Judge to hold another hearing and issue a new decision.

DATED: June 22, 2005　　　　　　　　　/s/ H. Jackson Zinn
　　　　　　　　　　　　　　　　　　　H. JACKSON ZINN
　　　　　　　　　　　　　　　　　　　Attorney at Law

　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

DATED: June 23, 2005　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　By: /s/ Bobbie J. Montoya
　　　　　　　　　　　　　　　　　　　BOBBIE J. MONTOYA
　　　　　　　　　　　　　　　　　　　Assistant U. S. Attorney

```
                                    Attorneys for Defendant
```

1 | OF COUNSEL:

2 | LUCILLE GONZALES MEIS
   | Chief Counsel, Region IX

3 |
   | GERALYN A. GULSETH
4 | Assistant Regional Counsel

5 | Office of the General Counsel
   | U. S. Social Security Administration

_____oOo_____

## ORDER

For good cause shown, <u>**KNIGHT v. BARNHART**</u> (CASE NO. 2:04-CV-01777-GEB-PAN), is hereby REMANDED under sentence six of 42 U.S.C. § 405(g), pursuant to the stipulation of the parties.

SO ORDERED.

Dated:   June 27, 2005.

                                                 /s/ Peter A. Nowinski
                                                 PETER A. NOWINSKI
                                                 Magistrate Judge