IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDA M. KNIGHT,

    Plaintiff,                    2:-04-cv-01777-GEB-PAN

  vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,                                        ORDER

    Defendant.
_____/

    This matter is before the court on plaintiff's petition for attorney fees pursuant to the Equal Access to Justice Act (EAJA). The matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302. On August 15, 2005, Judge Nowinski filed findings and recommendation which were served on all parties and objections were to be filed within ten days after service. Neither party has filed objections to the findings and recommendation.

1

The court has reviewed the file and finds the findings and recommendation to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendation filed August 15, 2005, are adopted in full;

    2.  Plaintiff's petition for attorney fees pursuant to the EAJA is denied as premature.

Dated:  September 15, 2005

                                         /s/ Garland E. Burrell, Jr.
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge